**EXHIBIT 2**

## Department of State

Existing Corporations and Businesses ▶

*Corporation & Business Entity Database Search*

Selected Entity Name: CANON SOLUTIONS AMERICA, INC.
Selected Entity Status Information

**Current Entity Name:** CANON SOLUTIONS AMERICA, INC.
**DOS ID #:** 304603
**Initial DOS Filing Date:** MARCH 19, 1971
**County:** SUFFOLK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chief Executive Officer**

SHINICHI YOSHIDA
ONE CANON PARK
MELVILLE, NEW YORK, 11747

**Principal Executive Office**

CANON SOLUTIONS AMERICA, INC.
ONE CANON PARK
MELVILLE, NEW YORK, 11747

**Registered Agent**

CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by [viewing the certificate.](#)

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200000 | Par Value | 10 |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 31, 2012 | Actual | CANON SOLUTIONS AMERICA, INC. |
| DEC 07, 2007 | Actual | CANON BUSINESS SOLUTIONS, INC. |
| SEP 17, 2003 | Actual | CANON BUSINESS SOLUTIONS-EAST, INC. |
| NOV 17, 2000 | Actual | CANON BUSINESS SOLUTIONS-NORTHEAST, INC. |
| FEB 29, 1996 | Actual | MCS BUSINESS SOLUTIONS, INC. |
| JUN 13, 1986 | Actual | MCS BUSINESS MACHINES, INC. |
| MAR 19, 1971 | Actual | METROPOLITAN CALCULATOR SYSTEMS, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

[Search Results](#)  [New Search](#)

**Department of State** | Accessibility    Contact    Disclaimer

Language Access    Privacy Policy

Entity Information